UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| PAUL J. CROSKREY,<br><br>    Plaintiff,<br><br>    vs.<br><br>OCWEN LOAN SERVICING LLC, ET AL.,<br><br>    Defendants. | Case No: SA CV 14-1318- DOC (DFMx)<br><br>**JUDGMENT** |

This action came on for hearing before the Court on May 27, 2016, Honorable David O. Carter District Judge Presiding, on a Motion for Summary Judgment, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that consistent with the Order Re: Defendants' Motion for Summary Judgment entered on June 2, 2016, Defendants' Motion for Summary Judgment is GRANTED in full. Plaintiff Paul J. Croskrey's Second Amended Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

IT IS SO ORDERED.

Dated: June 13, 2016

*David O. Carter*

THE HONORABLE DAVID O. CARTER
United States District Court Judge